1  H. SINCLAIR KERR, JR. (61713)
   IVO LABAR (203492)
2  KEITH K. FONG (148067)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Facsimile: (415) 371-0500
5
   Attorneys for Defendant
6  UNCLE CREDIT UNION

FILED
DEC 2 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ELPIDIO ANAYA ROCHA, an individual, MARIA ANAYA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SARAH AUTO SALES, INC., a California Corporation; UNCLE CREDIT UNION a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 06-01737 AWI SMS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREDJUCE PURSUANT TO FRCP 41(a)(1)** |

STIPULATION FOR DISMISSAL WITHOUT PREDJUCE PURSUANT TO FRCP 41(A)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Elpidio Anaya Rocha and Maria Anaya, Defendant UNCLE Credit Union and Defendant Sarah Auto Sales, Inc. hereby stipulate to the DISMISSAL WITHOUT PREJUDICE of the above-captioned action as to all parties and all causes of action. Each party agrees to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: December 15, 2006            **LAW OFFICES OF PARVIZ DARABI**

                                    By ____s/ Parviz Darabi____
                                       PARVIZ DARABI
                                       Attorneys for Plaintiffs
                                       Elpidio Anaya Rocha and Maria Anaya

DATED: December 6, 2006             **KERR & WAGSTAFFE LLP**

                                    By ____s/ Keith K. Fong____
                                       KEITH K. FONG
                                       Attorneys for Defendant
                                       UNCLE Credit Union

DATED: December 6, 2006             **JV LAW**

                                    By ___s/ John W. Villenas___
                                       JOHN W. VILLENAS
                                       Attorneys for Defendant
                                       SARAH AUTO SALES, INC.

It is so Ordered. Dated: 12-21-06

_____
United States District Judge

— 1 —

STIPULATION FOR DISMISSAL WITHOUT PREDJUCE PURSUANT TO FRCP 41(A)(1)